UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JASMINE DENISE CLARK, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:13-CV-115-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R. The plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on September 3, 2014, and Copies To:**

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE <br> September 3, 2014 | JULIE A. RICHARDS, CLERK <br>   /s/ Susan K. Edwards<u>          </u> <br> (By) Susan K. Edwards, Deputy Clerk |